# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE:

    Earl Diamond,

                Debtor,

Case No. 19-CV-12694
HON. JUDITH E. LEVY
Bankruptcy Case No. 19-31316
Hon. Joel D. Applebaum

_____/

Earl Diamond,

                Appellant,

v.

Genesee County Land Bank,

                Appellee.

_____/

## ORDER GRANTING APPELLANT'S APPLICATION TO PROCEED WITHOUT PREPAYING FEES ON APPEAL [1]

On September 13, 2019, Appellant/Debtor Earl Diamond filed a notice of appeal from bankruptcy court. (ECF No. 1.) Appellant filed the record of appeal on October 15, 2019. (ECF No. 3.) Appellant asks the Court's permission to proceed with the appeal *in forma pauperis*, pursuant to Federal Rule of Appellate Procedure 24. (ECF No. 1.) Having

reviewed Appellant's application to proceed without paying costs, this Court is satisfied that Appellant is unable to pay fees and costs.

Plaintiff's application (ECF No. 1) is **GRANTED**.

IT IS SO ORDERED.

Dated: November 18, 2019.　　　　s/ Judith E. Levy
Ann Arbor, Michigan　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 18, 2019.

　　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　　Case Manager